G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
JEANETTE GRATTON,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE GRATTON,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:12-cv-05525-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff JEANETTE GRATTON hereby voluntarily dismisses her claims, with prejudice, against Defendants PREMIERE CREDIT OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive.

RESPECTFULLY SUBMITTED,

DATED:                       **PRICE LAW GROUP APC**

December 24, 2012

                                    By: /s/ G. Thomas Martin, III
                                    G. Thomas Martin, III
                                    Attorney for Plaintiff